## Richmond.

JORDAN v. COMMONWEALTH.    No. 939.

January 18, 1923.

Error to a judgment of the Corporation Court of the city of Newport News.

*Affirmed.*

*J. Winston Read,* for the plaintiff in error.

*John R. Saunders, Attorney-General, J. D. Hank, Jr., Assistant Attorney-General,* and *Leon M. Bazile, Second Assistant Attorney-General,* for the Commonwealth.

BURKS, J., delivered the opinion of the court.

This case stands upon facts exactly similar to those in *Jordan* v. *Commomwealth,* No. 938, *ante* page 560, 115 S. E. 569, in which an opinion has just been handed down, and, for reasons therein stated, the judgment of the trial court in this case will be affirmed.

*Affirmed.*